MARK RUIZ (SBN 276395)
The Law Offices of Mark Ruiz
2764 Spring Street Suite 1A
Redwood City, CA 94063
Ph. 650-771-0376
Fax. 650-249-5672
Email: MarkRuizLaw@yahoo.com

Attorney for Plaintiffs Muhamed Almutarreb and Sophia Almutarreb

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Muhamed Almutarreb**, an individual,
And **Sophia Almutarreb,** an individual

        Plaintiffs,

    v.

**Nationstar Mortgage Holdings,** a Corporation
**Homeloan Coporation DBA Expanded Mortgage Credit,** a Corporation,

    and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto;
And DOES 1-20,
                   Defendants,

Case No.

**COMPLAINT FOR:**
**1. QUIET TITLE**
**2. DECLARATORY RELIEF**

Plaintiff alleges:

### GENERAL ALLEGATIONS

1. Plaintiff Muhammed Almutarreb is an individual residing in the County of Contra Costa, State of California.

- 1 -
COMPLAINT for Quiet Title and Declaratory Relief

2. Plaintiff Sofia Almutarreb is an individual residing in the County of Contra Costa, State of California.

3. Defendant Home Loan Coporation DBA Expanded Mortgage Credit (herein after referred to as "Home Loan") was and is a National Mortgage Lending Company doing business in the County of Contra Costa, State of California.

4. Defendant Nationstar Mortgage Holdings, Inc. was and is a National Mortgage Lending Company (hereinafter referred to as "Nationstar") doing business in the County of Contra Costa, State of California.

5. The real property that is the subject of this case is located at 98 Villa Drive, San Pablo, CA, County of Contra Costa, California, APN: 417-162-025, as more fully described in in **Exhibit A** ("PROPERTY").

6. The defendants herein named as "all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud on plaintiff's title thereto" (hereinafter sometimes referred to as "the unknown defendants") are unknown to plaintiff. These unknown defendants, and each of them, claim some right, title, estate, lien, or interest in the hereinafter-described property adverse to plaintiff's title; and their claims, and each of them, constitute a cloud on plaintiff's title to that property.

7. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants named herein as Doe 1 through Doe 20 are unknown to Plaintiff who therefore sues these Defendants by their fictitious names. Plaintiff will ask leave to amend this complaint to show their true names and capacities when they have been ascertained. Plaintiff is informed and believes and thereon alleges that some of these

COMPLAINT for Quiet Title and Declaratory Relief

fictitious named Defendants claim some right, title, estate, lien, or interest in the hereinafter-described PROPERTY adverse to plaintiff's title and their claims, and each of them, constitute a cloud on Plaintiff's title to that PROPERTY. The allegations of this complaint have evidentiary support or are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery.

8. Plaintiff is informed and believes, and thereon alleges, that at all times herein mentioned, defendants were acting on their own behalf and as agents or employees of each of the other Defendants, and the acts described hereinafter were done in the course and scope of such agency or employment, as well as on their own behalf. Further, Defendants were authorized by Defendant principals in the doing and the manner of the acts alleged, and ratified said behavior. (Hereafter, unless otherwise specified, defendants including Doe 1 through Doe 20 will be referred to collectively as "Defendants")

9. Plaintiff is the Borrower on an alleged Loan originated by Home Loan Corp., and Serviced by Quality Loan Service Corporation.

10. Defendant Home Loan Recorded A Deed of Trust on the Subject Property which is Recorded in the County of Contra Costa, State of California as document number 2005-007540-00. This Deed of Trust is attached as **Exhibit B**.

11. Title to the Subject Property currently vests in Muhammad Almutarreb and Sophia Almutarreb, and the loan on the Subject Property is in Plainttiffs Muhammed Almutarreb's and Sophia Almutarreb's name.

12. The Current Beneficiary under the deed of Trust is believed to be Defendant NationStar Mortgage Holdings, Inc.

- 3 -
COMPLAINT for Quiet Title and Declaratory Relief

13. The Current Loan Servicing Company for the Instant Deed of Trust is Nation Star Mortgage, Inc.

14. Plaintiffs allege that Defendant Home Loan Corporation's Conduct amounted to material violations of Truth and Lending Act-TILA § 1635

15. On June 8, 2015, Plaintiffs sent Defendant Home Loan Corp. a Rescission Letter pursuant to the Federal Truth and Lending Act-TILA § 1635. A redacted copy of this letter is attached as **Exhibit C**.

16. On June 8, 2015, Plaintiffs sent Defendant Nationstar Mortgage, Inc. a Recession Letter pursuant to the Federal Truth and Lending Act-TILA § 1635. A redacted copy of this letter is attached as **Exhibit D**.

17. All Defendants have failed to respond within 20 days from the date of Plaintiff's mailing of the letters and all Defendants have failed to file a complaint for Declaratory Relief to attempt to prove that the Plaintiff did not have the right to rescind the loan.

18. All Defendants have waived their right to file Declaratory Relief or otherwise attempt to prove that Defendant does not have the right to rescind a loan.

19. Plaintiffs allege that in light of Defendants' failure to file Declaratory Relief or otherwise attempt to prove that Defendant does not have the right to rescind the loan, the Deed of Trust recorded in Contra Costa County as Document Number 2005-2335158 is a void instrument.

20. The basis of plaintiffs' title is the sequence of events described above.

21. Plaintiffs were possessed of the above-described property within five years of the commencement of this action.

22. Plaintiffs are informed and believe and on such information and belief allege that Defendants claim an interest adverse to plaintiffs in the above-described properties as the holder of record title. Some of the unknown defendants claim interests in the property adverse to plaintiffs' as assignees and successors of Defendant 1.

## FIRST CAUSE OF ACTION
### (QUIET TITLE)

20. Plaintiff incorporates paragraphs 1-11 herein

21. The Title is clouded.

22. As the owner and grantor of real property, the Plaintiff has a duty and right to defend the title to his property.

23. The "Lender" as defined on page 1 on the Deed of Trust is Home Loan Corp, a copy is attached as a limited reference for lack of the original instrument.

24. There is no evidence of a valid claim of interest in Plaintiffs' property by any Defendant.

25. Plaintiffs cancelled/rescinded the promissory note on June 8, 2015. Rescission was properly executed pursuant to the Truth in Lending Act (TILA) § 1635 **(SEE EXHIBIT C)**.

26. Rescission was made instantly effective by operation of law and resulted in a VOID security instrument # 2005-007540-00.

27. Plaintiffs are not in receipt of any document or aware of any legal action in relation to the rescission of the loan pursuant to Truth in Lending Act (TILA) §

COMPLAINT for Quiet Title and Declaratory Relief

1635 within the allotted 20 day statutory window therefore waiving all rights and defenses.

28. Defendants failed or refused to return Plaintiff's original promissory note, refund all monies paid down / toward said note and to re-convey the deed to Plaintiff within the allotted 20 day statutory window.

29. Plaintiffs seek an administrative order from this court quieting the title to plaintiff's property.

30. Plaintiffs are seeking to quiet title against the claims of defendants as follows: the claims of defendants are without any right whatever and such defendants have no right, title, estate, lien, or interest whatever in the above-described property or any part thereof.

31. Plaintiffs seek to quiet title as of the date this complaint is filed with the court.

## SECOND CAUSE OF ACTION
## (DECLARATORY RELIEF)

32. Plaintiffs incorporate paragraphs 1-18 herein

33. Plaintiffs allege that the subject Deed of Trust has been voided by operation of law upon receipt of the letter Plaintiffs sent to the Defendants rescinding the loan under the Federal Truth and Lending Act-TILA § 1635.

34. An actual controversy exists as to the validity of the subject Loan and Deed of Trust.

35. A judicial determination resolving this actual controversy is necessary and appropriate at this time.

## PRAYER

WHEREFORE, Plaintiffs pray for a judgment as follows:

- 6 -

COMPLAINT for Quiet Title and Declaratory Relief

1. For a judgment that defendants have no interest in the property adverse to the Plaintiffs

2. For compensatory and punitive damages according to proof

3. For interest thereon at the maximum rate of interest allowed by law

4. For costs of suit according to proof; and,

5. For other such relief be granted to Plaintiffs as the Court deems just.

Dated: October 8, 2015

Mark Ruiz, Attorney for Plaintiff

COMPLAINT for Quiet Title and Declaratory Relief

## VERIFICATION

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 8, 2015

_____
Muhamed Almutarreb           10/08/15

---

- 8 -
COMPLAINT for Quiet Title and Declaratory Relief

# VERIFICATION

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Oct 8, 2015

*Sophia Almutarreb*
Sophia Almutarreb     10/08/15

COMPLAINT for Quiet Title and Declaratory Relief