UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMED ALMUTARREB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HOMELOAN CORPORATION, et al.,<br><br>    Defendants. | Case No. 15-cv-05207-DMR<br><br>**ORDER TO SHOW CAUSE** |

On April 14, 2016, the court issued a clerk's notice instructing Plaintiffs to file a letter by April 20, 2016 regarding service on Defendant Homeloan Corporation. The court instructed Plaintiffs to state whether Defendant Homeloan Corporation had been served, and if so to file a proof of service with the court. If Plaintiffs had not yet completed service, they were instructed to state whether they intend to serve Defendant Homeloan Corporation and to inform the court of the status of the service. Plaintiffs have not filed a status letter or proof of service with the court.

Plaintiffs are hereby order to respond by April 25, 2016, and to show cause why they failed to timely comply with the court's April 14, 2016 instruction. Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: April 21, 2016

_____
Donna M. Ryu
United States Magistrate Judge