Mark Ruiz (SBN 276395)
The Law Offices of Mark Ruiz
2764 Spring Street Suite 1A
Redwood City, CA 94063
Ph. (650) 771-0376
Fax.(650) 249-5672
Email. MarkRuizLaw@yahoo.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Muhamed Almutarreb**, an individual, <br> And **Sophia Almutarreb,** an individual, <br><br> Plaintiffs, <br> **Vs.** <br><br> **Nationstar Mortgage Holdings,** a Corporation <br> **Homeloan Coporation DBA Expanded Mortgage Credit,** a Corporation, <br><br> and all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; <br><br> And DOES 1-20, <br><br> Defendants, | Case Number: 4:15-cv-05207-DMR <br><br> **VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HOMELOAN CORPORATION DBA EXPANDED MORTGAGE CREDIT** |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff s Muhamed Almutarreb and Sophia Almutarreb hereby voluntarily dismiss the

Defendant Homeloan Corporation DBA Expanded Mortgage Credit, without prejudice and without further notice.  The Dismissal is proper because, as of yet, no party has filed an answer or Motion for Summary Judgment in the above captioned matter.

**Date:** May 5, 2016

                                        /s/ Mark A. Ruiz

                                         Mark Ruiz, Attorney at Law