UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMED ALMUTARREB, et al.,

   Plaintiffs,

  v.

HOMELOAN CORPORATION, et al.,

   Defendants.

Case No. 15-cv-05207-DMR

**ORDER DISCHARGING ORDERS TO SHOW CAUSE; GRANTING PLAINTIFFS PERMISSION TO FILE OPPOSITION TO MOTION TO DISMISS; SETTING DEADLINE FOR DEFENDANT'S REPLY BRIEF**

Re: Dkt. Nos. 16, 20, 23

  Plaintiffs Muhamed Almutarreb and Sophia Almutarreb filed this case on November 13, 2015. [Docket No. 1.] On April 14, 2016 the court issued a Clerk's Notice instructing Plaintiffs to file a letter informing the court of the status of service on Defendant Homeloan Corporation, who had not entered an appearance in the case, by April 20, 2016. [Docket No. 19.] Plaintiffs did not respond. On April 21, 2016, the court issued an order to Plaintiffs to show cause why they failed to timely comply with the court's instruction. [Docket No. 20.] On April 25, 2016, Plaintiffs filed a response. Plaintiffs' counsel indicated that Defendant Homeloan Corporation appears to be defunct and has not been served. Counsel represented that Plaintiffs have given him authority to dismiss Defendant Homeloan Corporation, but counsel had not yet done so. [Docket No. 21.] On May 5, 2016, Plaintiffs filed a notice of voluntary dismissal without prejudice as to Defendant Homeloan Corporation. [Docket No. 24.] The court hereby discharges the April 21, 2016 order to show cause.

  Defendant Nationstar Mortgage LLC filed a motion to dismiss on April 13, 2016. [Docket No. 16.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on April 27, 2016, but no such opposition was filed. On April 29, 2016, Defendant Nationstar filed a notice of Plaintiffs' non-opposition to the Motion to Dismiss. [Docket No. 22.] On May 2,

2016 the court issued an order to Plaintiffs to show cause why they failed to respond to Defendant Nationstar's motion to dismiss either by filing an opposition or a statement of nonopposition to the motion pursuant to Civil Local Rule 7-3 (a) and (b).  [Docket No. 23.]

On May 5, 2016, Plaintiffs filed a response to the order to show cause, stating that they had improperly calculated the deadline for their opposition because Plaintiff's counsel was confused about the rules for the Northern District of California.  [Docket No. 25.]  Plaintiffs' counsel states that he has re-familiarized himself with the Northern District of California Civil Local Rules to ensure compliance with the rules going forward.  [Docket No. 25-1.]  The court discharges the May 2, 2016 order to show cause, and reminds Plaintiffs that they must timely comply with the Civil Local Rules, court instructions, and court orders in this case.  Failure to do so may result in sanctions.

The court hereby grants Plaintiffs permission to file an opposition to Defendant Nationstar's motion to dismiss [Docket No. 16] by May 11, 2016.  Plaintiffs' are also reminded to provide chambers copies of their opposition.

Defendant Nationstar may file a Reply brief in support of its motion to dismiss by May 18, 2016.

**IT IS SO ORDERED.**

Dated: May 6, 2016

Donna M. Ryu
United States Magistrate Judge