UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MUHAMED ALMUTARREB, et al.,

    Plaintiffs,

v.

NATIONSTAR MORTGAGE HOLDINGS,

    Defendant.

Case No.  15-cv-05207-DMR

**ORDER RE HEARING ON MOTION TO DISMISS**

Re: Dkt. No. 16

A hearing on Defendant Nationstar Mortgage, LLC's motion to dismiss is set for June 9, 2016. [Docket No. 16.] Plaintiffs' counsel shall come to the hearing prepared to discuss the specific facts on the following topics that Plaintiffs can allege, consistent with Rule 11, if granted leave to amend their complaint:

1. Whether the loan transaction Plaintiffs sought to rescind under the Truth In Lending Act, 15 U.S.C. §1635, through their June 8, 2015 notices was "consummated" at any other point in time than the December 2004 date of the Deed of Trust, attached to Plaintiffs' complaint as Exhibit B, and if so, when and how.

2. Whether Plaintiffs allege any failure to comply with the disclosure requirements of the Truth in Lending Act, and if so, what they allege those failures were, by whom, and when.

3. Plaintiffs shall clarify exactly when, if ever, the property at 98 Villa Road, San Pablo, California 94806 was the Plaintiffs' principal dwelling.

**IT IS SO ORDERED.**

Dated: June 6, 2016

Donna M. Ryu
United States Magistrate Judge