UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMED ALMUTARREB, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NATIONSTAR MORTGAGE HOLDINGS,<br><br>    Defendant. | Case No.  15-cv-05207-DMR<br><br>**JUDGMENT** |

On June 20, 2016, the court granted Defendant Nationstar Mortgage, LLC's motion to dismiss with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the court hereby enters judgment in favor of Defendant Nationstar Mortgage, LLC and against Plaintiffs Muhamed Almutarreb and Sophia Almutarreb. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: June 20, 2016

Donna M. Ryu
United States Magistrate Judge